LODGED

Joscelin B. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
joscelin.thomas@gmail.com
951-616-0044

2012 AUG 13 PM 1:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Joscelin B. Thomas
*Plaintiff*

)
)
)
)
)

**ED CV 12 - 01337**

v.

)

PROGRESSIVE FINANCIAL
SERVICES, INC.
*Defendant*

)
)
)
)
)
)

**COMPLAINT**

**VIOLATION OF FAIR CREDIT
REPORTING ACT
15 U.S.C. 1681 et seq.**

**TRIAL BY JURY**

## PRELIMINARY STATEMENT

1.    This is an action for damages; brought for damages for the violation of the Fair Credit

Reporting Act (FCRA) 15 USC §1681, *et seq.*

## JURISDICTION

2.    This court has Jurisdiction pursuant to *15 U.S.C. §1681p* and *28 U.S.C. §1331.*

3.    All conditions precedence to the bringing of this action has been performed.

## VENUE

4.    The occurrences which give rise to this action occurred in Riverside County,

California and Plaintiff resides in Riverside County, California.

5.   Venue is proper in the Central District of California.

## PARTIES

6.   The Plaintiff in this lawsuit is Joscelin B. Thomas, (hereinafter "Plaintiff") who at all times relevant herein was a resident of Riverside County, California.

7.   The Defendant PROGRESSIVE FINANCIAL SERVICES, INC. ("hereinafter PFSI"), an unknown entity with offices at 1919 W Fairmont Dr., BLDG 8, Tempe, AZ 85282

## FACTUAL ALLEGATION

8.   Plaintiff received her credit report from a major credit reporting agency Experian and found an entry by an entity that was unfamiliar within the credit report.

9.   Plaintiff discovered after examination of her Experian consumer credit report that PFSI had obtained her consumer credit report on or about July of 2010.

10.   Discovery of the violation brought forth herein occurred in May of 2011 and are within the statute of limitations as defined in the FCRA *15 U.S.C. § 1681p*.

## Count I

## VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681 WILLFUL NON-COMPLIANCE BY DEFENDANT PFSI

11.   Plaintiff restates and reiterates herein all previous paragraphs 1-10.

12.   Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

13.   Experian is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

14.   Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

15.   Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b defines the permissible purpose for which a person may obtain a consumer credit report.

16.   Such permissible purpose as defined by Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b*, which has **limited circumstances granting permissible purpose under section 1681(b), did not apply to PFSI.**

17.   At or about the time PFSI obtained Plaintiff consumer credit report:

    A.   Plaintiff did not authorize consumer reporting agency Experian to furnish her consumer report to PFSI.

    B.   Plaintiff did not authorize PFSI to obtain her consumer report from Experian.

Page 2 of 4
COMPLAINT

C.  Plaintiff did not apply for any credit, loan, or services with PFSI.

D.  Plaintiff did not have any contractual relationship for credit, loan, or services with PFSI.

E.  Plaintiff did not owe any debt to PFSI.

F.  Plaintiff did not owe any debt as the result of a judgment to PFSI.

G.  Plaintiff did not apply for any employment with PFSI.

H.  Plaintiff did not apply for any insurance from PFSI.

I.  Plaintiff did not have any existing account or credit obligation with PFSI.

J.  Plaintiff was not named as an "authorized user" on any account with PFSI

K.  No court having jurisdiction issued any order to Experian to furnish Plaintiff's consumer report to PFSI.

L.  No head of State or local child support enforcement agency requested Experian to provide Plaintiff's consumer report to PFSI.

M.  No agency administering a state plan under section 454 of the Social Security Act (42 U.S.C. § 654) requested Experian to provide Plaintiff's consumer report to PFSI.

N.  Plaintiff did not apply for any license or other benefit granted by a governmental instrumentality through PFSI.

O.  Plaintiff did not receive any "firm offer of credit or insurance" from PFSI.

18.   Plaintiff sent a notice to PFSI of their violations of the FCRA in an effort to mitigate damages and reach a settlement for their violations in obtaining Plaintiff's consumer credit report before taking any civil actions against them.  PFSI never engaged Plaintiff in settlement discussions; therefore Plaintiff had no choice but to seek damages in this honorable court.

19.   At no time did Plaintiff give her consent for PFSI to acquire her consumer credit report from any credit reporting agency.

20.   The action of PFSI obtaining the consumer credit report of the Plaintiff on July of 2010 with no permissible purpose or Plaintiff's consent was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

21.    PFSI had a duty to properly ascertain if there was any **legitimate** permissible purpose before obtaining Plaintiff's consumer credit report and PFSI breached said duty by failing to do so.  There was no account and/or debt that PFSI had any right to collect to have had permissible purpose to obtain Plaintiff's consumer credit report and therefore Plaintiff is entitled to damages.

WHEREFORE, Plaintiff demands judgment for damages against Defendant PFSI, for statutory damages of $1000.00, any attorney's fees and costs, pursuant to 15 U.S.C. § 1681n.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

DATE:  8-13-2012

BY: _____
Joscelin B. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
joscelin.thomas@gmail.com

Page 4 of 4
COMPLAINT

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>Thomas, Joscelin B | DEFENDANTS<br>PROGRESSIVE FINANCIAL SERVICES, INC. |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Joscelin B. Thomas<br>14626 Red Gum Street<br>Moreno Valley, CA 92555    951-616-0044 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No      ☒ MONEY DEMANDED IN COMPLAINT: $ 1,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FCRA 15 U.S.C. 1681 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**ED CV 12 - 01337**

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Arizona |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 8-13-2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |