LODGED     FILED

2012 AUG 13 PM     2012 AUG 29 AM 11:33
CLERK U.S. DISTRICT COURT     CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.     CENTRAL DIST. OF CALIF.
RIVERSIDE     RIVERSIDE
BY: ___     BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSCELIN B. THOMAS

                 PLAINTIFF(S)

V.

PROGRESSIVE FINANCIAL SERVICES, INC.

                 DEFENDANT(S)

CASE NUMBER: EDCV12-1337 DSF (OPx)

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE**

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

___8/15/12___
Date

_____
United States Magistrate Judge

---

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency.
- [ ] Legally and/or factually patently frivolous
- [ ] Other:
- [ ] District Court lacks jurisdiction.
- [ ] Immunity as to _____

Comments:

_____
Date

_____
United States Magistrate Judge

---

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
- [ ] **GRANTED**
- [ ] **DENIED (See comments above).**

_____
Date

_____
United States District Judge

CV-73A (01/10)      ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE